LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-05968-BRO (MRWx) | Date | November 23, 2015 |
|---|---|---|---|
| Title | TARA CHAND SINGHAL V. JACK LEW | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANT'S MOTION TO DISMISS

Plaintiff Tara Chand Singhal ("Plaintiff"), a pro se litigant, initiated this action on August 6, 2015, filing a Complaint against Defendant Jack Lew ("Defendant") for alleged Fourth Amendment due process violations. (Dkt. No. 1.) On November 4, 2015, Defendant filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), which is currently pending before the Court. (Dkt. No. 6.) According to the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. The hearing on Defendant's Motion is currently set for December 7, 2015. (*See* Dkt. No. 6.) As such, Plaintiff's Opposition, if any, was due no later than November 16, 2015. As of today, Plaintiff has not filed an opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion to Dismiss. Plaintiff's response to this Order shall be filed by **no later than Monday, November 30, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose Defendant's Motion. Plaintiff's failure to file an opposition may result in the dismissal of this action.

The Court notes that the Federal Pro Se Clinic is a resource available to pro se litigants, like Plaintiff, to aid during the course of litigation. The Federal Pro Se Clinic in Los Angeles is located at:

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-05968-BRO (MRWx)** | Date | November 23, 2015 |
|---|---|---|---|
| Title | **TARA CHAND SINGHAL V. JACK LEW** | | |

The United States Courthouse
312 N. Spring Street, Room G-19, Main Street Floor
Los Angeles, CA 90012

and can be reached at (213) 385-2977, Ext. 270.  Plaintiff is encouraged to check the Clinic's website (http://court.cacd.uscourts.gov/cacd/ProSe.nsf/) or call for available hours.

**IT IS SO ORDERED.**                                                                                           :

                                                                              Initials of Preparer            rf